IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVIN MACK and LEANNA RANDALL, on behalf of themselves And similarly situated employees,** | : : : : | CIVIL ACTION NO. 3:19-CV-992 (Judge Conner) |
| **Plaintiffs** | : : | |
| v. | : : | |
| **RMLS-HOP RESTAURANTS PA, L.P.,** | : : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 6th day of November, 2020, upon consideration of plaintiffs' motion (Doc. 45) to permit opt-in plaintiffs to join this action, and the parties' respective briefs in support of and opposition to said motion, and the notice of withdrawal of opt-in plaintiff Dijon Christian (Doc. 47), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 45) is GRANTED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania